UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 23-1487

ARES TRADING S.A.,

Appellant,

v.

DYAX CORP.,

Appellee.

On Appeal from the United States District Court
for the District of Delaware, C.A. No. 19-2300-EJW

**APPELLEE DYAX CORP.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ITS BRIEF**

Pursuant to Federal Rule of Appellate Procedure 31(a) and Third Circuit Local Appellate Rule 31.4, Appellee Dyax Corp. moves to extend the deadline to file its brief in this appeal by 25 days, from August 7, 2023 to September 1, 2023. Appellant Ares Trading S.A. does not oppose the requested extension.

Appellant filed its opening brief on July 6, 2023. That brief was originally due May 22, 2023 (Doc. 13), but Appellant sought and obtained a 45-day extension (Doc. 22). Appellee did not oppose Appellant's request for a 45-day extension on the condition that Appellant would not oppose a similar extension

request by Appellee. When granting Appellant's motion for an extension on May 10, 2023, the Court explained that "extensions of time are disfavored."

Consistent with the Court's explanation about extensions being disfavored, Appellee seeks a 25-day extension, nearly three weeks less than Appellant's 45-day extension. Appellee's brief is currently due August 7, 2023, which is 30 days after service of Appellant's brief. Doc. 13. With the requested 25-day extension, Appellee's brief would be due on Friday, September 1, 2023.

Appellee's requested extension is warranted for substantially the same reasons that justified Appellant's extension. The extension would allow Appellee's counsel adequate time to prepare the brief, partially balancing the time afforded to each side. Further, like Appellant, Appellee recently retained additional counsel (Doc. 28), who need sufficient time to familiarize themselves with the full record. In addition, counsel for Appellee has other pressing matters with deadlines in the coming weeks, including:

- A reply brief in *KOSS Corp. v. Bose Corp.*, Nos. 23-1173, 23-1179, 23-1180, 23-1191 (Fed. Cir.), on August 15, 2023;
- An opening en banc brief in *Crawford v. Cain*, No. 20-61019 (5th Cir.), on July 31, 2023);
- A motion to stay the mandate and expedited petition for certiorari in a case arising out of the Third Circuit, to be filed by August 7, 2023; and

- An emergency application to the Supreme Court for mandamus in a case arising out of the Fourth Circuit, to be filed by July 16, 2023, with further briefing contemplated in late July.

For these reasons, Appellee respectfully requests a 25-day extension of time to file its opening brief to and including September 1, 2023.

Respectfully submitted,

Date: July 14, 2023

/s/ Chelsea A. Loughran
Chelsea A. Loughran
cloughran@wolfgreenfield.com
Stuart V. C. Duncan Smith
sduncansmith@wolfgreenfield.com
Susmita A. Gadre
sgadre@wolfgreenfield.com
Suresh S. Rav
srav@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

Kelly E. Farnan
farnan@rlf.com
Nicole K. Pedi
pedi@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
302.651.7700 Phone
302.651.7701 Fax

Ginger D. Anders
ginger.anders@mto.com
Munger Tolles & Olson LLP
601 Massachusetts Avenue NW
Suite 500
Washington, DC 20001
202.220.1100 Phone

Michael N. Rader
mrader@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
605 Third Avenue
New York, NY 10158
212.697.7890 Phone
617.646.8646 Fax

*Counsel for Appellee Dyax Corp.*

## CERTIFICATE OF COMPLIANCE

This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because, according to the word-count feature of the word-processing program with which it was prepared (Microsoft Word), the document contains 370 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f).

/s/  Chelsea A. Loughran
Chelsea A. Loughran

## CERTIFICATION OF UNCONTESTED STATUS

Pursuant to Third Circuit Local Appellate Rule 27.3, Appellee certifies that Appellant indicated that it does not oppose Appellee's proposed extension of the due date for its brief up to and including Friday, September 1, 2023.

/s/  Chelsea A. Loughran
Chelsea A. Loughran

## CERTIFICATE OF SERVICE

On July 14, 2023, I electronically filed the foregoing motion using the Court's appellate CM/ECF system, which effected service on all counsel of record.

/s/  Chelsea A. Loughran
Chelsea A. Loughran